UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of<br><br>MARTIN LEE FINNEY and DIANE OWENS, as the owners of a certain 1982 Cal 39 MK II Monohull Sailboat bearing Hull Identification Number CABK0151M82J, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No.: 3:19-cv-1510-L-BLM<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFFS-IN-LIMITATION'S APPLICATION FOR DEFAULT JUDGMENT [Doc. 27]**<br><br>**(2) GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMANT HANOVER INSURANCE COMPANY'S CLAIM [Doc. 30]** |

Pending before the Court is Plaintiffs-in-Limitation's Application for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) [doc. 27] and a Joint Motion for Dismissal with Prejudice of Claimant Hanover Insurance Company's Claim pursuant to Rule 41 [doc. 30].

Plaintiffs-in-Limitation have demonstrated compliance with Rule F of the Supplement Rules for Admiralty and Maritime Claims. *See* Doc. 27-1. In light of their compliance with the notice requirements set forth in Rule F of the Supplement Rules and this Court's orders, Plaintiffs-in-Limitation are entitled to default judgment against any potential claimant who failed to timely respond to their public notices over

four (4) weeks. *See Matter of Duley*, 2017 WL 8180609, at *2 (C.D. Cal. July 11, 2017). As such the Court hereby **GRANTS** Plaintiffs-in-Limitation's Application for Default Judgment [doc. 27].

Also, having read and considered the parties' Joint Motion for Dismissal With Prejudice of Claimant Hanover Insurance Company's Claim, good cause exists such that the parties' Joint Motion [doc. 30] is **GRANTED** as follows:

The claim filed by Claimant, HANOVER INSURANCE COMPANY, against Plaintiffs-in-Limitation, MARTIN LEE FINNEY and DIANE OWENS, on or about November 4, 2019 [doc. 14], is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: March 5, 2020

_____
Hon. M. James Lorenz
United States District Judge